PATRICK H. HICKS, ESQ., Bar #004632
KELSEY E. STEGALL, ESQ., Bar #14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email:  phicks@littler.com
Email:  kstegall@littler.com

Attorneys for Defendants
AHERN RENTALS, INC.
AX TRANSPORTATION LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FANK, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AHERN RENTALS, INC.; AX TRANSPORTATION LLC; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00996-KJD-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff KENNETH FANK ("Plaintiff"), by and through his attorneys of record, Christian Gabroy, Esq., and Kaine Messer, Esq., of Gabroy Law Offices, and Defendants AHERN RENTALS, INC. and AX TRANSPORTATION LLC (collectively "Defendants"), by and through their attorneys of record, Littler Mendelson, hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint from the current deadline of June 10, 2020, up to and including **July 10, 2020.**

This extension is necessary to provide adequate time for Defense counsel to become familiar with the allegations in the Complaint and to prepare a responsive pleading.  This is the first request

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

for an extension of time to respond to the Complaint.  This request is made in good faith and not for the purpose of delay.

Dated: June 10, 2020

Respectfully submitted,

*/s/ Kaine Messer, Esq.*
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY LAW OFFICES

Attorneys for Plaintiff
KENNETH FANK

Dated: June 10, 2020

Respectfully submitted,

*/s/ Kelsey E. Stegall, Esq.*
PATRICK H. HICKS, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
AHERN RENTALS, INC and AX TRANSPORTATION LLC

**IT IS SO ORDERED.**

Dated this 10th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4827-8699-1039.1 099283.1038

2.