PATRICK H. HICKS, ESQ., Bar #004632
KELSEY E. STEGALL, ESQ., Bar #14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
AX TRANSPORTATION LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FANK, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AX TRANSPORTATION LLC,<br><br>Defendant. | Case No. 2:20-cv-00996-KJD-VCF<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO FINALIZE SETTLEMENT DOCUMENTS**<br><br>**[FIRST REQUEST]** |

    Plaintiff KENNETH FANK ("Plaintiff"), by and through his attorneys of record, Gabroy Law Offices, and Defendant AX TRANSPORTATION LLC ("Defendant"), by and through their attorneys of record, Littler Mendelson, hereby stipulate to extend the time to finalize settlement documents and file the stipulation of dismissal currently set for September 3, 2020, (ECF No. 25).

    The parties are finalizing the settlement and need additional time beyond September 3, 2020, to do so. As such, the parties request an extension of thirty (30) days, no earlier than October 5, 2020, to finalize the settlement documents in this regard.

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to finalize settlement documents and to file the stipulation of dismissal. This request is made in good faith and not for the purpose of delay.

Dated: September 3, 2020

Respectfully submitted,

*/s/ Christian Gabroy, Esq.*
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY LAW OFFICES

Attorneys for Plaintiff
KENNETH FANK

Dated: September 3, 2020

Respectfully submitted,

*/s/ Kelsey Stegall, Esq.*
PATRICK H. HICKS, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AX TRANSPORTATION, LLC

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: September 4, 2020

4850-5476-7049.1

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.