PATRICK H. HICKS, ESQ., Bar #04632
KELSEY E. STEGALL, ESQ., Bar #14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email: phicks@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
AX TRANSPORTATION LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FANK, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AX TRANSPORTATION LLC,<br><br>Defendant. | Case No. 2:20-cv-00996-KJD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff KENNETH FANK ("Plaintiff") and Defendant AX TRANSPORTATION LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: September 25, 2020                              Dated: September 25, 2020

GABROY LAW OFFICES                                     LITTLER MENDELSON, P.C.

/s/ Christian Gabroy, Esq.
Christian Gabroy, Bar #08805                           Patrick H. Hicks, Esq., Bar #04632
Kaine Messer, Bar #14240                               Kelsey E. Stegall, Esq., Bar #14279
170 South Green Valley Parkway #280                    3960 Howard Hughes Parkway, #300
Henderson, NV 89012                                    Las Vegas, NV 89169

Attorneys for Plaintiff                                Attorneys for Defendant
Kenneth Fank                                           AX Transportation LLC

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   9/29/2020

4826-1520-0972.1 099283.1038

2.